### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE V. EDWARDS | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| MARY K. SMITHSON, | : | |
| CLERK OF COURTS, <u>et al</u>. | : | NO. 02-4872 |

_____ O R D E R _____

AND NOW, this      day of November, 2002, upon consideration of plaintiff's response to this Court's Order of July 25, 2002, it is hereby ORDERED that this action will not be reinstated because it is not possible to determine whether plaintiff is willing to proceed with this action under the terms of this Court's Memorandum and Order of July 25, 2002.[1]  If plaintiff, within ten (10) days, files a notice that he wishes to proceed with this action under the terms of this Court's Memorandum and Order of July 25, 2002, this action will be reinstated.

BY THE COURT:

_____

**CLIFFORD SCOTT GREEN, J.**

_____

1.  Plaintiff recently filed a new motion to proceed <u>in forma pauperis</u>.  However, in accordance with this Court's Order of July 25, 2002, if plaintiff wishes to proceed <u>in forma pauperis</u> in this civil action, he must agree to allow the prison to withdraw an initial partial filing fee of $8.35 from his inmate account, when such funds become available, and, each time the balance in his account exceeds $10.00, an amount no greater than 20 percent of the money credited to his account during the preceding month will be deducted and forwarded to the Clerk of Court until the entire filing fee is paid.